UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODIN NORDHEIM,<br>          Plaintiff,<br>    v.<br>LINKEDIN CORP.,<br>          Defendant. | Case No. 25-cv-04985-SK<br><br>**ORDER TO SHOW CAUSE** |

On July 30, 2025, the Defendant filed a motion to dismiss and noticed it to be heard on September 8, 2025. (Dkt. No. 11.) Pursuant to Northern District of California Local Rule 7-3(a), Plaintiff's response was initially due by August 13, 2025. When Plaintiff failed to file an opposition to the motion, the Court issued an Order to Show Cause ("OSC") why the Court should not dismiss Plaintiff's claims for lack of prosecution or grant the Defendant's motion as unopposed. In the OSC, the Court directed Plaintiff to submit a proposed opposition to the motion to dismiss if he sought to untimely oppose the motion. (Dkt. No. 17.)

Plaintiff responded to the OSC seeking additional time to respond to the motion to dismiss but failed to include a proposed opposition to the motion. (Dkt. No. 18.) Nevertheless, the Court discharged the OSC and extended Plaintiff's time to oppose the motion to September 4, 2025. (Dkt. No. 19.) Despite this extension, Plaintiff has still not responded to the motion to dismiss.

Because Plaintiff is *pro se* and the Court prefers to address matters on the merits, the Court *again* issues an OSC why the Court should not dismiss Plaintiff's claims for lack of prosecution or grant the Defendant's motion as unopposed. Plaintiff shall file a response to this OSC in writing by no later than September 25, 2025.

Plaintiff is admonished that if Plaintiff seeks to file an untimely opposition brief, he must submit a request to do in response to this OSC so showing good cause for the failure to comply

with the deadline set by the Court *and* must submit a separate proposed opposition brief along with the request. This will be Plaintiff's *final* opportunity to oppose Defendant's motion to dismiss. If Plaintiff fails to file a response to this Order to Show Cause by September 25, 2025, the Court will grant the Defendant's motion to dismiss as unopposed and/or dismiss Plaintiff's claims for failure to prosecute without further notice.

The Court VACATES the hearing set for September 29, 2025. If Plaintiff demonstrates good cause for the delay and seeks to oppose the Defendants' motion to dismiss (and files a separate proposed opposition brief), the Court will provide the Defendants with an opportunity to file a reply and will reset the hearing on the motion to dismiss, if necessary.

The Court again advises Plaintiff that the district court has produced a guide for *pro se* litigants called Representing Yourself in Federal Court: A Handbook for *Pro Se* Litigants, which provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial. It is available electronically online (https://perma.cc/ANQ4-N2ZT) or in hard copy free of charge from the Clerk's Office. The Court additionally has a website with resources for *pro se* litigants (https://www.cand.uscourts.gov/pro-se-litigants/). The Court further advises Plaintiff that he also may wish to seek assistance from the Legal Help Center. Plaintiff may call the Legal Help Center at 415-782-8982 or email fedpro@sfbar.org for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED**.

Dated: September 8, 2025

SALLIE KIM
United States Magistrate Judge

2